02-12-209-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00209-CV

 

 


 
 
 In re Dallas/Fort Worth International Airport
 Board, City of Fort Worth, and City of Dallas
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relators’ petition for writ
of mandamus is denied.

We
have considered “JPMorgan Chase Bank, N.A.’s Rule 52.11 Motion For Attorneys’
Fees And Expenses.”  The motion is denied.

 

PER CURIAM

 

PANEL: 
MCCOY, MEIER, and GABRIEL, JJ.

 

DELIVERED: 
July 10, 2012









[1]See
Tex. R. App. P. 47.4, 52.8(d).